Honorable Judge John H. Chun

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

       Plaintiff

    vs.

JESUS TADEO IZA AUDEVES,
        Defendant.

NO. 2:26-cr-00084-JHC

ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DATES

THE COURT has considered defense counsel's motion to continue trial and pretrial motion dates and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

-1-

ORDER
(United States v. Iza
2:26-cr-00084-JHC)

Mazzone Law Firm, PLLC
3002 Colby Ave, Ste. 302
Everett, Washington 98201
Tel. (425) 259-4989

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of July 20, 2026, and November 16, 2026, trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to November 16, 2026, and that pretrial motions shall be filed no later than October 8, 2026.

DATED this 3rd day of June, 2026.

_____
Honorable John H. Chun
United States District Judge

-2-

ORDER
(United States v. Iza
2:26-cr-00084-JHC)

Mazzone Law Firm, PLLC
3002 Colby Ave, Ste. 302
Everett, Washington 98201
Tel. (425) 259-4989

Presented by:

*/s/ Peter Mazzone*

Peter Mazzone, WSBA #25262
Attorney for Defendant

-3-

**ORDER**
**(United States v. Iza**
**2:26-cr-00084-JHC)**

**Mazzone Law Firm, PLLC**
**3002 Colby Ave, Ste. 302**
**Everett, Washington 98201**
**Tel. (425) 259-4989**