Honorable Judge John H. Chun

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>JESUS TADEO IZA AUDEVES,<br>Defendant. | NO. 2:26-cr-00084-JHC<br><br>ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTION DATES |

THE COURT has considered defense counsel's motion to continue trial and pretrial motion dates and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and



**Mazzone Law Firm, PLLC**
**3002 Colby Ave, Ste. 302**
**Everett, Washington 98201**
**Tel. (425) 259-4989**

(c) the additional time requested is a reasonable period of delay, needed to review the proposed plea agreement with Mr. Iza, allow him the necessary time to decide whether to accept the government's plea offer or reject it and proceed to trial, and it also allows undersigned counsel more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 16, 2026, and February 1, 2027, trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to February 1, 2027, and that pretrial motions shall be filed no later than December 17, 2026.

DATED this 27th day of October, 2026.

John H. Chun

Honorable John H. Chun
United States District Judge





**Mazzone Law Firm, PLLC**
**3002 Colby Ave, Ste. 302**
**Everett, Washington 98201**
**Tel. (425) 259-4989**

Presented by:

*/s/ Peter Mazzone*

Peter Mazzone, WSBA #25262
Attorney for Defendant





**Mazzone Law Firm, PLLC
3002 Colby Ave, Ste. 302
Everett, Washington 98201
Tel. (425) 259-4989**